# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | 243903 |
| Trans | 151568 |

Received From:   **DEAN MARA**
Case Number:
Reference Number:   CV 01-821SOM

|  |  |
|---|---|
| Check | 40.00 |
| Total | 40.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 40.00 |
| | | **Total** | **40.00** |
| | | Tend | 40.00 |
| | | Due | 0.00 |

06/09/2008 02:50:32 PM      Deputy Clerk:  dt/DT