# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 244563 |
|---|---|
| Trans | 152448 |

Received From:   **DEAN D. MARA**
Case Number:
Reference Number:   CV 01-821 SOM-LEK

|  | Check | 40.00 |
|---|---|---|
|  | Total | 40.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 40.00 |
|  |  | **Total** | **40.00** |
|  |  | Tend | 40.00 |
|  |  | Due | 0.00 |

08/11/2008 03:20:25 PM      Deputy Clerk:   verna/VC